# United States Court of Appeals
## For the First Circuit

Nos. 00-2398
     01-1977

NEW ENGLAND REGIONAL COUNCIL OF CARPENTERS,

Plaintiff, Appellant,

v.

THOMAS J. KINTON, JR. ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on March 19, 2002 is corrected as follows:

On page 42, line 17, insert the following footnote after Avenue:

> We read the amended regulations to apply to the stretch of Northern Avenue running between B and D streets (roughly a city block), which stretch contains the WTC. Throughout, our discussion of the amended regulations and our holding concerning leafletting are limited by that understanding of the geography. If, on remand, it appears that Massport controls sidewalks adjacent to other portions of Northern Avenue, then the district court is free to entertain challenges to whatever permit requirement(s) Massport may seek to impose in such locations.